IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                          CASE NO. 4:13CR00095-01 BSM

PATRICK DAVIS                                                                      DEFENDANT

## ORDER

    Defendant Patrick Davis's motions for one-day release [Doc. Nos. 35, 36] to attend his mother's funeral are granted.  Upon providing her phone number to United States Probation Officer Julie Graves, Angela Jones will be allowed to pick Davis up from the Pulaski County Detention Center at 8:00 a.m. on Saturday, March 29, 2014, to attend the funeral.  Davis must return to the Pulaski County Detention Center no later than 5:00 p.m. on Saturday, March 29, 2014.  Jones is directed to provide her phone number to probation no later than 4:00 p.m. on Friday, March 28, 2014.

    IT IS SO ORDERED this 28th day of March 2014.

                                                                                               UNITED STATES DISTRICT JUDGE